**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SERVANT HEALTHCARE, P.A.**                                                                    **PLAINTIFF**

**v.**                                     **Case No. 4:14-cv-00162-KGB**

**ARKANSAS UROLOGY, P.A.,
EPOCH HEALTH – NORTH LITTLE ROCK, PLLC,
and MIKE WHITFIELD**                                                              **DEFENDANTS**

**ORDER**

The parties have filed a stipulation of dismissal with prejudice pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 23).  Pursuant to the stipulation

of dismissal, this case is dismissed with prejudice, and each party will bear his or its own costs

and attorneys' fees.

SO ORDERED this 28th day of May, 2014.

_____
Kristine G. Baker
United States District Judge